**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

STANLEY DOUGLAS and
JACKIE DOUGLAS

      Plaintiffs,

v.                                                                                    Case No.

UNITED STATES OF AMERICA

      Defendant.

_____/

## COMPLAINT

COME NOW, Plaintiffs, STANLEY and JACKIE DOUGLAS, by and through their undersigned counsel, and sue Defendant, UNITED STATES OF AMERICA, and allege as follows:

### JURISDICTION AND VENUE

1. This is an action for damages in excess of $75,000.00, exclusive of interest and costs.

2. This action against the United States of America alleged herein is a tort claim which arises under the Federal Tort Claims Act, 28 U.S.C. § 2671-2680. If Defendant, UNITED STATES OF AMERICA, were a private person, it would be liable to Plaintiffs, STANLEY and JACKIE DOUGLAS, in accordance with the laws of the State of Florida. The United States District Court for the Middle District of Florida is vested with jurisdiction pursuant to 28 U.S.C. § 1346(b).

1

3. At all times relevant hereto, Plaintiffs, STANLEY and JACKIE DOUGLAS, were a married couple who resided in Hillsborough County, Florida. The acts and omissions alleged herein also occurred in Hillsborough County, Florida.

## FACTUAL BASIS FOR CLAIMS

4. The United States District Court for the Middle District of Florida is the proper venue for this claim pursuant to 28 U.S.C. § 1346(b).

5. At all times material hereto, the United States Postal Service was an agency or subdivision of Defendant, UNITED STATES OF AMERICA.

6. At all times material hereto, Gloria Trujillo was an employee of the United States Postal Service.

7. Pursuant to the provisions of 28 U.S.C. § 2875, on or about June 1, 2010, Plaintiffs, STANLEY and JACKIE DOUGLAS, provided written notice of their claim for money damages to Defendant, UNITED STATES OF AMERICA, via certified mail, return receipt requested.

8. A period of more than six (6) months has transpired since Defendant was given notice of Plaintiffs' claims. Accordingly, under 28 U.S.C. § 2675(a) the failure of Defendant, UNITED STATES OF AMERICA, to make a final disposition constitutes a denial of Plaintiffs' claims.

9. All of the conditions precedent to bringing this lawsuit have been met or have been waived by Defendant, UNITED STATES OF AMERICA.

## COUNT I - NEGLIGENCE

10. Plaintiffs, STANLEY and JACKIE DOUGLAS, incorporate the allegations of paragraphs 1 through 9 of this Complaint.

2

11. On or about May 5, 2009, Gloria Trujillo was acting within the scope of her employment as an employee of the United States Postal Service when she negligently and carelessly operated a vehicle owned by the United States Postal Service when she violated a right of way and collided with Plaintiff, STANLEY DOUGLAS.

12. As a direct and proximate result of the negligence and carelessness of Gloria Trujillo, Plaintiff, STANLEY DOUGLAS, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of medical treatment, loss of earnings, and loss of the ability to earn money.

13. Plaintiff's losses are either permanent or continuing and Plaintiff, STANLEY DOUGLAS, will suffer losses in the future.

WHEREFORE, Plaintiffs, STANLEY and JACKIE DOUGLAS, demand judgment against Defendant, UNITED STATES OF AMERICA, for compensatory damages, pain and suffering, costs, interest, and any other relief this court deems just and proper.

## COUNT II – LOSS OF CONSORTIUM

14. Plaintiffs, STANLEY and JACKIE DOUGLAS, incorporate the allegations of paragraphs 1 through 13 of this Complaint.

15. At the time of the injury, Plaintiffs, STANLEY and JACKIE DOUGLAS, were the lawful spouses of each other.

16. As a direct and proximate result of the injuries suffered by Plaintiff, STANLEY DOUGLAS, Plaintiff, JACKIE DOUGLAS, has suffered, and will continue to

suffer, the loss of services and consortium of her husband.

WHEREFORE, Plaintiffs, STANLEY and JACKIE DOUGLAS, demand judgment against Defendant, UNITED STATES OF AMERICA, for compensatory damages, pain and suffering, costs, interest, and any other relief this court deems just and proper.

## COUNT III – PROPERTY DAMAGE

17. Plaintiffs, STANLEY and JACKIE DOUGLAS, incorporate the allegations of paragraphs 1 through 13 of this Complaint.

18. As a direct and proximate result of the negligence and carelessness of Gloria Trujillo, Plaintiffs' vehicle was damaged and requires repairs.

WHEREFORE, Plaintiffs, STANLEY and JACKIE DOUGLAS, demand judgment against Defendant, UNITED STATES OF AMERICA, for compensatory damages, loss of use at $30.00 per day from the date of the accident until the claim is resolved, costs of repairs, including the time and labor required, interest, diminished value, and any other relief this court deems just and proper.

Respectfully submitted this 14th day of July, 2011.

Frank T. Papa
Fla. Bar No.: 150355
Law Offices of Robert M. Geller, P.A.
807 West Azeele Street
Tampa, Florida 33606
Phone: (813) 254-7687
Facsimile: (813) 253-3405
E-mail: frank.rmglaw@verizon.net
Attorney for Plaintiffs